IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 13 |
| Christopher Campbell | NO. 22 B 01888 |
| Debtors. | Judge Janet S. Baer |

## NOTICE OBJECTION

TO:

| | |
|---|---|
| David Freydin | Glenn B. Stearns |
| Via electronic notification | Via electronic notification |

Please take notice that American Eagle Bank objects to the Debtor's motion to vacate dismissal.

## NOTICE OF FILING & PROOF OF SERVICE

I, the undersigned attorney, certify that I caused a copy of this Notice of Withdrawal, upon the Debtor's attorney, as listed above, and the case Trustee, as listed above, to be served via the electronic notification that occurs automatically upon the filing of said Notice of Withdrawal. The notice was filed, and the before the hour of 5:00 P.M. on May 17, 2022.

BY: /s/ Christopher H. Purcell
CHRISTOPHER H. PURCELL

Christopher H. Purcell
Sherman & Purcell LTD
112 Cary Street
Cary, Illinois 60013
Shermlaw13@aol.com
Phone: (312) 372-1487
Attorney for American Eagle Bank